IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>QUENTIN BOOKER, et al.,<br>   Defendants. | CRIMINAL FILE NO.<br>1:11-CR-255-1-TWT |

ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 490] of the Magistrate Judge recommending denying the Defendant Powell's Motion to Suppress Statements [Doc. 387]. The fact that Powell had just been released from the Fulton County Jail does not mean that his statements were involuntary. The Defendant Powell's Motion to Suppress Statements [Doc. 387] is DENIED.

SO ORDERED, this 13 day of June, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge